UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Civil Action No. 1:18-cv-02454-KAM-VMS

| | |
|---|---|
| DMIITRIY LAZAREV on behalf of himself and all other similarly situated, <br><br> Plaintiff <br><br> vs. <br><br> MUSEUM OF FINE ARTS, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF MOTION AND MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the undersigned will move before the Hon. Kiyo A. Matsumoto, on a date set by the Court, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, for an Order pursuant to Fed. R. Civ. P. 12(b)(2) and applicable case law, dismissing the action for lack of jurisdiction over the defendant, and for such other relief as the Court deems just and proper. In further support of this Motion, the undersigned submits the accompanying Memorandum.

Dated: September 7, 2018

                    Respectfully submitted,
                    MUSEUM OF FINE ARTS,
                    By its attorneys

                    /s/ Robert G. Young
                    Randi K. Stempler (Mass. BBO #640833, EDNY #RS5601)
                    Robert G. Young (MA BBO #650541, admitted *pro hac vice*)
                    Bowditch & Dewey, LLP
                    200 Crossing Boulevard
                    Framingham, MA 01702
                    (p) 508.879.5700
                    (f) 508.872.1492
                    rstempler@bowditch.com
                    ryoung@bowditch.com

September 7, 2018

                    CERTIFICATE OF SERVICE

     I hereby certify that I served this document on counsel for all other parties by email and first class mail on September 7, 2018.  Further, this document, once filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                    /s/  Robert G. Young